Form Number LR 3015-1 A (12/15)

# THIRD AMENDED CHAPTER 13 PLAN

Case No.: **17-81687**

Debtor(s): **Betty L. Hamlet**  SS#: **xxx-xx-7716**  Net Monthly Earnings: **562.18**

SS#: _____  Number of Dependents: **0**

I. Plan Payments:

( ___ ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or

( **X** ) Payroll deduction Order: To **CDI Electronics, Attn: Payroll, 353 James Record Road, SW Huntsville, AL 35824** for $ **174.92*** ☐ weekly ☑ bi-weekly ☐ semi-monthly ☐ monthly.

\* In addition $684.00 already paid into the Plan, the Debtor will pay $379.00 beginning in September 2017 for the remainder of the plan.

Length of plan is **60** months, and the total debt to be paid through the plan is $ **22,666.00**.

☐ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

B. Total Attorney Fee: $ **3,000.00** ; **$0.00** paid pre-petition.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Seterus Inc | $52,029.00 | ☐ by Trustee ☑ by Debtor $394.00 | 7/2017 | $6,800.00 | 8 | 0.00% | $163.00 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| Pekelo Auto Sales | $50.00 | $5,000.00 | $5,000.00 | $0.00 | 2006 Honda Accord 100,000 miles | 15.60% | $174.00 | |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions (check all applicable boxes):

☐ This is an original plan.

☑ This is an amended plan replacing plan dated **August 14, 2017**.

☑ This plan proposes to pay unsecured creditors **100% @ 5.25**%.

☐ Other Provisions:

Attorney for Debtor Name/Address/Telephone #  Dated: **August 18, 2017**  /s/ Betty L. Hamlet

**/S/ Chad Arthur Hanson ASB-9431-A34H**  Betty L. Hamlet
Signature of Debtor

**P.O. Box 756**
**Birmingham, AL 35201**

Telephone # **205-776-2755**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Alabama

In re **Betty L. Hamlet**  
Debtor(s)

Case No. **17-81687**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 18, 2017**, a copy of **Third Amended Chapter 13 Plan** was served by regular United States mail to all interested parties, the Trustee and all creditors listed on the attached matrix.

/s/ Chad Arthur Hanson
**Chad Arthur Hanson ASB-9431-A34H**
**Seal Hanson LLC**
**P.O. Box 756**
**Birmingham, AL 35201**
**205-776-2755 Fax:205-776-2754**
**notices@sealhansonllc.com**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 17-81687-CRJ13<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Fri Aug 18 10:18:02 CDT 2017 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 |
| Autovest, L.L.C.<br>P O Box 2247<br>Southfield, MI 48037-2247 | Pekelo Auto Sales<br>1312 Grace Street<br>Huntsville, AL 35801-5727 | RCO Legal, P.C.<br>2970 Clairmont Road NE<br>Suite 780<br>Atlanta, GA 30329-4419 |
| Seterus Inc<br>14523 Sw Millikan Way St<br>Beaverton, OR 97005-2352 | Betty L Hamlet<br>2207 4th Street SW<br>Huntsville, AL 35805-3708 | Chad A. Hanson<br>Seal Hanson LLC<br>P O Box 756<br>Birmingham, AL 35201-0756 |
| Michele T. Hatcher<br>Chapter 13 Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Federal National Mortgage Association (" | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   9<br>Bypassed recipients  2<br>Total   11 |